**Electronically Filed
Supreme Court
SCWC-20-0000055
15-AUG-2022
01:43 PM
Dkt. 6 ODAC**

SCWC-20-0000055

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KEITH M. MATSUI,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000055; CASE NO. 2CPC-19-0000043)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on July 6, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 15, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

